JOAN C. LIPIN, Appellant, v DANSKE BANK et al., Respondents.

JOAN C. LIPIN, Appellant, v DANSKE BANK et al., Respondents, et al., Defendant.

Decided October 22, 2015

Appeal dismissed, with costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie.

In the Matter of MONARCH CONSULTING, INC., et al., Respondents, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, Appellant.

In the Matter of NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, Appellant, v PRIORITY BUSINESS SERVICES, INC., Formerly Known as INLAND VALLEY STAFFING SERVICES, Respondent.

In the Matter of NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, Appellant, v SOURCE ONE STAFFING, LLC, Respondent.

Submitted October 19, 2015; decided October 22, 2015

Motion by United Policyholders for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge LIPPMAN taking no part.

JOSEPH MULLEN, Appellant, v NEIL LOCKWOOD, Respondent.

Submitted August 31, 2015; decided October 22, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in town court (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).